IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, a California corporation;  FARMERS INSURANCE EXCHANGE, a California corporation; and  MID-CENTURY INSURANCE COMPANY, a California corporation; <br><br>              Plaintiffs, <br><br>       vs. <br><br> BEL FURY INVESTMENT GROUP, LLC, a Nebraska limited liability company; <br><br>              Defendant. | 4:14CV3099 <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)    Plaintiffs' motion to amend, (Filing No. 15), is granted.  On or before August 7, 2014, Fire Insurance Exchange and Mid-Century Insurance Company shall file their First Amended Complaint.

2)    Defendant's motion to dismiss, (Filing No. 12), is denied as moot.

July 31, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge