IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRE INSURANCE EXCHANGE,** a California corporation, **FARMERS INSURANCE EXCHANGE,** a California corporation, and **MID-CENTURY INSURANCE COMPANY,** a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>**BEL FURY INVESTMENT GROUP, LLC,** a Nebraska limited liability company,<br><br>        Defendant. | CASE NO. 4:14-cv-03099<br><br><br>MEMORANDUM AND ORDER |

The Court, having reviewed the parties' Stipulated Motion to Amend Final Progression Order, and being fully advised, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the Final Progression Order is amended as follows:

1. Deadline to identify experts is March 9, 2015;

2. Deadline to complete expert disclosures is April 6, 2015; and

3. Deadline to complete depositions is May 25, 2015.

Entered this 2nd day of February, 2015.

*s/ Cheryl R. Zwart*
Hon. Cheryl R. Zwart
United States Magistrate Judge